■ ABE SPIGNER, Respondent, v. PHILIP KUPERSMIT et al., Appellants.— Motion to dismiss appeal denied on condition that appellants be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before September 28, 1960.

■ WOLF STAHL, Respondent, v. ILBERT STAHL et al., Appellants.— Motion to consolidate appeals denied. No appeal lies from the oral decision and from the order denying appellants' motion to vacate it, both of which may be reviewed on the appeal from the interlocutory judgment. Motion for a stay, pending appeal, granted on condition that appellants be ready to argue or submit the appeal at the November 1960 Term, beginning October 31, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before October 14, 1960.

■ TILLIE GORDON et al., Respondents, v. SAMUEL SIEGEL, Appellant, et al., Defendants.— Motion for a stay, pending appeal, granted on condition that appellant be ready to argue or submit the appeal at the November 1960 Term, beginning October 31, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before October 14, 1960. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ SUSANNE C. OLIN et al., on Behalf of Themselves and All Other Residents, Property Owners, and Electors in and of the Town of North Hempstead, Similarly Situated, Appellants, v. TOWN OF NORTH HEMPSTEAD et al., Respondents.— Motion for leave to appeal to the Court of Appeals and for other relief denied. Nolan, P. J., Beldock, Ughetta and Kleinfeld, JJ., concur; Christ, J., not voting.

■

## (September 16, 1960)

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ JULIA BLOCK et al., Respondents, v. RICHARD ACERRA, Appellant.— Motion for a stay, pending appeal, granted on condition that appellant argues or submits the appeal at the November 1960 Term, beginning October 31, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before October 17, 1960.

■ FLORENCE BLUM, Appellant, v. IRVING W. BLUM, Respondent.— Motion to dismiss appeal and for other relief denied, without costs, and with leave to either party if so advised to subpoena or requisition, from the County Clerk's office, the original papers claimed to have been omitted, and to submit such papers on the argument or submission of the appeal.

■ EVELYN DORFMAN, Appellant, v. JACK DORFMAN, Respondent.— Motion to dismiss appeal denied on condition that appellant argues or submits the appeal at the November 1960 Term, beginning October 31, 1960, for which term the appeal is ordered to be placed on the calendar. Motion to dispense with printing and for other relief, granted to the extent of permitting the appeal to be heard on the original papers (including the typed minutes) and on typewritten briefs. The parties are directed to file five copies and to serve one copy of their respective briefs. The appellant's brief must be served and filed on or before October 17, 1960.